UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT C. DENHAM JR,<br><br>                              Plaintiff,<br><br>    v.<br><br>CHARLES DANIELS, *et al.*,<br><br>                              Defendants. | Case No. 2:21-cv-049-KJD-BNW<br><br>ORDER |

On October 15, 2021, the magistrate judge issued an order (#16) denying Plaintiff's motion to amend. Since that date, Plaintiff has taken no action of record. On July 15, 2022, the Clerk of the Court issued a notice pursuant to Local Rule 41-1 warning Plaintiff that if no action was taken in this case on or before August 14, 2022, the Court would dismiss this action for want of prosecution. Plaintiff failed to respond in any manner. Therefore, in accordance with Federal Rule of Civil Procedure 41(a) and LR 41-1 and good cause being found, the Court dismisses this action for want of prosecution.

Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED with prejudice** in accordance with Rule 41.

**IT IS SO ORDERED.**

DATED this 3rd day of November 2022.

_____
The Honorable Kent J. Dawson
United States District Judge